FILED '09 JUL 13 11:53 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CLARENCE TROTTER, | Civil No. 6:08-CV-3083-TC |
| vs. | |
| MICHAEL J. ASTRUE, | ORDER |
| Commissioner of Social Security, | |
| Defendant. | |

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $6,200.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs of $350.00 are awarded under 28 U.S.C. § 1920.

Dated: __7|13__, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

KENT S. ROBINSON
Acting United States Attorney
District of Oregon

ADRIAN L. BROWN
Assistant United States Attorney

s/ Carol A. Hoch
CAROL A. HOCH
Special Assistant United States Attorney
of Attorneys for Defendant
(206) 615-2684

ORDER - [6:08-CV-3083-TC]